IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EDDIE BARTIE,
TDCJ-CID No. 1022319,

    Plaintiff,

v.

ADAM GONZALEZ, *et al.*,

    Defendants.

2:21-CV-245-Z-BR

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant in part and deny in part Defendants' Motions to Dismiss ("FCR") (ECF No. 77). Plaintiff filed no objections, and after review, the Court **FINDS** that the FCR is correct.

Thus, it is **ORDERED** that the FCR is **ADOPTED**. Therefore, Defendants' Motion to Dismiss Plaintiff's claims without prejudice under Rule 12(b)(1) is **DENIED**. But Defendants' Motion to Dismiss Plaintiff's claims under Rule 12(b)(6) is **GRANTED**. ECF Nos. 61, 74.

**SO ORDERED.**

November 12, 2024.

                                          MATTHEW J. KACSMARYK
                                          UNITED STATES DISTRICT JUDGE